Property address:
8 Red's Way
Raymond, ME 04071

## QUITCLAIM ASSIGNMENT

WHEREAS, Taylor, Bean and Whitaker Mortgage Corp. is the "Lender" on a certain mortgage executed by Christopher E. Whitney and Christina E. Emery, and bearing the date of the 5th day of August, 2008 and recorded on the 8th day of August, 2008 in the Cumberland County Registry of Deeds in Book 26261 at Page 279 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") was designated the mortgagee in the Mortgage as the nominee of Taylor, Bean and Whitaker Mortgage Corp. and its successors and assigns, and MERS was the stated mortgagee of record;

WHEREAS this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interest that MERS had in the Mortgage; and

WHEREAS, Taylor, Bean and Whitaker Mortgage Corp. wishes to convey and assign any and all rights it may have under the Mortgage.

Accordingly, Taylor, Bean and Whitaker Mortgage Corp. wishes to convey and assign any and all rights it may have under the Mortgage.

Accordingly Taylor, Bean and Whitaker Mortgage Corp hereby **ASSIGNS AND QUIT CLAIMS** to **Carrington Mortgage Services, LLC,** all of its rights, title and interest (whatever they may be, if any) in the Mortgage to Carrington Mortgage Services, LLC.



EXHIBIT H

IN WITNESS WHEREOF, the said ____Elizabeth A. Ostermann____, the [title] ____Vice President____ at Carrington Mortgage Services, LLC, as attorney-in-fact for Taylor, Bean & Whitaker Mortgage Corp., thereunto duly authorized, has executed this instrument on the __3__ day of the month of __November__, 2015.

Carrington Mortgage Services, LLC, as attorney-in-fact for Taylor, Bean and Whitaker Mortgage Corp. under a Limited Power of Attorney dated August 12, 2015.

_____Whitney So____
Witness  Whitney Solano

its: _____
Print name: Elizabeth A. Ostermann
             Vice President

STATE OF ____CALIFORNIA____
COUNTY OF ____ORANGE____

Date: __11-3-2015__

I HEREBY CERTIFY that on this day, before me, an officer duly authorized to take acknowledgements, personally appeared _____, the _____ at Carrington Mortgage Services, LLC, as attorney-in-fact for Taylor, Bean & Whitaker Mortgage Corp., who is personally known to me, or who produced _____ as identification and who swore or affirmed and subscribed the foregoing instrument as his/her free act and deed, in his/her said capacity, and the free act and deed of the said Carrington Mortgage Services, LLC, as attorney-in-fact for Taylor, Bean & Whitaker Mortgage Corp.

_____
Notary Public Signature

**SEE ATTACHED**

Loan No.: _____
Document type: Quitclaim Assignment
Borrower: Whitney, Christopher E & Emery, Christina E.
Property address: 8 Red's Way, Raymond, ME 04071

DOC :59622  BK:32724  PG:147
RECEIVED - RECORDED REGISTER OF DEEDS
11/10/2015, 08:33:42A
CUMBERLAND COUNTY, NANCY A. LANE

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

# CALIFORNIA ALL – PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of Orange

On 11/03/2015 before me, Raschelle Holmes, Notary Public, personally appeared, Elizabeth A. Ostermann, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/ her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature Raschelle Holmes (Seal)



RASCHELLE HOLMES
COMM. #2034693
Notary Public · California
Orange County
My Comm. Expires July 26, 2017

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

AOM
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____  Document Date _____

_____
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM

Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document