UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Carrington Mortgage Services, LLC** | CIVIL ACTION NO: 2:20-cv-00068-JDL |
| **Plaintiff** | MOTION TO EXTEND TIME TO COMPLETE AND FILE SERVICE |
| vs. | RE: <br> 8 Red's Way, Raymond, ME 04071 |
| **Christopher E. Whitney and Christina E. Emery** | Mortgage: <br> August 5, 2008 <br> Book 26261, Page 279 |
| **Defendants** | |

NOW COMES the Plaintiff, Carrington Mortgage Services, LLC, by and through undersigned counsel, by and through undersigned counsel, hereby moves to extend the deadline by 60 days for completing and filing service for Defendants, Christopher E. Whitney and Christina E. Emery. As grounds therefore, Plaintiff states that upon information and belief, the property is owner occupied and as such, this loan may be affected by the Governor Mills' request to refrain from foreclosures.  The Plaintiff hereby requests that this Honorable Court extend this matter by 60 days in light of Governor Mills' July 30, 2020 Executive Order 5 FY 20/21 ("EO 5"), replacing Governor Mills' April 16, 2020 Executive Order 40 FY19/20 ("EO 40") which referenced letters to lenders requesting a moratorium on foreclosures against occupied properties during the COVID-19 Health Crisis as well as Governor Mills' December 22, 2020 Proclamation extending the State of Emergency in Maine an additional thirty (30) days.

WHEREFORE, the Plaintiff requests that this Honorable Court grant an additional 60 days to allow for proper service of Defendants, Christopher E. Whitney and Christina E. Emery

Respectfully submitted this 19th day of January, 2021.

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 19th day of January, 2021, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Christina Emery
Christopher Whitney
c/o J. Scott Logan, Esq.
75 Pearl Street, Suite 211
Portland, ME 04101

*Christina Emery
8 Red's Way
Raymond, ME 04071

*Christopher Whitney
8 Red's Way
Raymond, ME 04071

*Attorney Logan has not filed an appearance in this action and has represented that he does not represent the Defendants in the Foreclosure so they are served directly with a copy of this motion.