UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CARRINGTON MORTGAGE SERVICES LLC )
)
v. ) CIVIL NO. 2:20-cv-00068-JDL
)
CHRISTOPHER E. WHITNEY, et al. )

## ORDER TO SHOW CAUSE

The record in this matter reflects that more than 90 days have expired since the filing of the complaint and that service of process remains to be accomplished on defendants.

Now therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff shall show good cause in writing no later than April 8, 2021, why such service was not timely made, failing which the complaint shall be dismissed.

    Jon D. Levy
    Chief U.S. District Judge


    By: /s/ Amy Spencer
        Deputy Clerk

Dated this 25th day of March, 2021.