# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **Carrington Mortgage Services, LLC** | CIVIL ACTION NO: 2:20-cv-00068-JDL |
| **Plaintiff** | MOTION TO ADMINISTRATIVELY CLOSE UNTIL JUNE 30, 2021 |
| vs. | RE:<br>8 Red's Way, Raymond, ME 04071 |
| **Christopher E. Whitney and Christina E. Emery** | Mortgage:<br>August 5, 2008<br>Book 26261, Page 279 |
| **Defendants** | |

NOW COMES the Plaintiff, Carrington Mortgage Services, LLC, by and through undersigned counsel, by and through undersigned counsel, hereby moves to administratively close and stay all deadlines in the above-captioned matter. As grounds therefore, Plaintiff states that upon information and belief, the subject property is occupied and even though the subject loan is not federally backed mortgage loan, and as such is not subject to or affected by a federal foreclosure moratorium, the Plaintiff has presently elected to follow the federal moratorium on foreclosures, and hereby requests that this case be administratively closed until June 30, 2021.

WHEREFORE, the Plaintiff requests that this Honorable Court administratively close and stay all deadlines for the above-captioned matter until June 30, 2021.

Respectfully submitted this 8th day of April, 2021.

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 8th day of April, 2021, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Christina Emery
Christopher Whitney
c/o J. Scott Logan, Esq.
75 Pearl Street, Suite 211
Portland, ME 04101

*Christina Emery
8 Red's Way
Raymond, ME 04071

*Christopher Whitney
8 Red's Way
Raymond, ME 04071


*Attorney Logan has not filed an appearance in this action and has represented that he does not represent the Defendants in the Foreclosure so they are served directly with a copy of this motion.