UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **CARRINGTON MORTGAGE SERVICES, LLC,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:20-cv-00068-JDL<br>) |
| **CHRISTOPHER E. WHITNEY, et al.,** | )<br>)<br>) |
| Defendants. | ) |

**ORDER STAYING PROCEEDINGS**

The Plaintiff filed its Complaint on March 2, 2020 (ECF No. 1). Thereafter, the Plaintiff sought, and the Court granted, the continuance of this case generally due to, among other things, federal and state executive actions regarding certain real property-related proceedings. *See* U.S. Dep't of Hous. & Urb. Dev., Mortgagee Letter 2020-04, Foreclosure and Eviction Moratorium in Connection with the Presidentially-Declared COVID-19 National Emergency (Mar. 18, 2020), https://www.hud.gov/sites/dfiles/OCHCO/documents/20-04hsgml.pdf; Me. Exec. Order No. 5 FY 20/21 (July 30, 2020).

On April 8, 2021, the Plaintiff filed a motion to administratively close the case until June 30, 2021, on the ground that although the mortgage is not subject to a moratorium, the Plaintiff "has presently elected to follow the federal moratorium on foreclosures." ECF No. 21; *see* U.S. Dep't of Hous. & Urb. Dev., Mortgagee Letter 2021-05, Extensions of Single Family Foreclosure and Eviction Moratorium, Start Date of COVID-19 Initial Forbearance, and HECM Extension Period; Expansion of

COVID-19 Loss Mitigation Options (Feb. 16, 2021), https://www.hud.gov/sites/dfiles/OCHCO/documents/2021-05hsgml.pdf. Based on the representations in the Plaintiff's motion, it is ORDERED that:

1. The case is stayed until July 1, 2021.

2. The Plaintiff's pending motion to administratively close the case (ECF No. 21) is DENIED as moot.

3. The Plaintiff shall complete and file service within 60 days from the expiration of the stay.

**SO ORDERED.**

**Dated this 23rd day of April, 2021.**

                                                 /s/ JON D. LEVY  
                                       **CHIEF U.S. DISTRICT JUDGE**